CLOSED, DISCMAG, JURY, PATENT

# U.S. District Court [LIVE]
## Eastern District of TEXAS LIVE (Marshall)
### CIVIL DOCKET FOR CASE #: 2:06-cv-00047-TJW-CE

| | |
|---|---|
| Rembrandt Technologies, LP v. Sharp Corporation et al | Date Filed: 02/03/2006 |
| Assigned to: Judge T. John Ward | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Charles Everingham | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Rembrandt Technologies, LP** | represented by | **Samuel Franklin Baxter** |
| | | McKool Smith - Marshall |
| | | P O Box O |
| | | Marshall, TX 75671 |
| | | US |
| | | 903/927-2111 |
| | | Fax: 903/927-2622 |
| | | Email: sbaxter@mckoolsmith.com |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Charles Ainsworth** |
| | | Parker Bunt & Ainsworth |
| | | 100 E Ferguson |
| | | Suite 1114 |
| | | Tyler, TX 75702 |
| | | US |
| | | 903/531-3535 |
| | | Fax: 903/533-9687 |
| | | Email: charley@pbatyler.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Douglas A Cawley** |
| | | McKool Smith - Dallas |
| | | 300 Crescent Court |
| | | Suite 1500 |
| | | Dallas, TX 75201 |
| | | 214/978-4972 |
| | | Fax: 12149784044 |
| | | Email: dcawley@mckoolsmith.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Jason Dodd Cassady** |
| | | McKool Smith - Dallas |
| | | 300 Crescent Court |
| | | Suite 1200 |
| | | Dallas, TX 75201 |

214-978-4000
Fax: 214-978-4044
Email: jcassady@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Robert Christopher Bunt**
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
903/531-3535
Fax: 903/533-9687
Email: rcbunt@pbatyler.com
*ATTORNEY TO BE NOTICED*

**Robert M Parker**
Parker, Bunt & Ainsworth, P.C.
100 E Ferguson
Suite 1114
Tyler, TX 75702
903/531-3535
Fax: 9035339687
Email: rmparker@pbatyler.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sharp Corporation**                     represented by **Jonathan B Tropp**
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901
US
203/977-7337
Fax: 203/977-7301
Email: jbtropp@daypitney.com
*ATTORNEY TO BE NOTICED*

**Walter Thomas Henson**
Ramey & Flock
100 E Ferguson
Suite 500
Tyler, TX 75702-0629
903/597-3301
Fax: 9035972413
Email: thenson@rameyflock.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sharp Electronics Corp.**               represented by **Gerald Levy**
Day Pitney LLP

    200 Campus Drive
Florham Park, NJ 07932
US
212/297-5800
Fax: 12129162940
Email: glevy@pitneyhardin.com
*ATTORNEY TO BE NOTICED*

**Jonathan B Tropp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard H Brown**
Day Pitney LLP
200 Campus Drive
Florham Park, NJ 07932
US
212/297-5800
Fax: 12129162940
Email: rbrown@pitneyhardin.com
*ATTORNEY TO BE NOTICED*

**Walter Thomas Henson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yukio Kashiba**
Day Pitney LLP
200 Campus Drive
Florham Park, NJ 07932
US
212/297-5800
Fax: 12129162940
Email: ykashiba@pitneyhardin.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Coxcom, Inc.,**

**Counter Claimant**

**Sharp Electronics Corp.**

V.

**Counter Defendant**

**Rembrandt Technologies, LP**   represented by   **David Sochia**
McKool Smith
300 Crescent Court
Suite 1500

Dallas, TX 75201
214/978-4000
Email: dsochia@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Sharp Corporation**

V.

**Counter Defendant**

**Rembrandt Technologies, LP**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2006 | 1 | ORIGINAL COMPLAINT WITH JURY TRIAL REQUEST against Sharp Corporation, Sarp Electronics Corp. (Filing fee $ 250.) , filed by Rembrandt Technologies, LP. (Attachments: # 1 Exhibit A# 2 Civil Cover Sheet)(ch, ) (Entered: 02/06/2006) |
| 02/03/2006 |  | Summons Issued as to Sharp Corporation, Sarp Electronics Corp.. (ch, ) (Entered: 02/06/2006) |
| 02/03/2006 | 2 | Form mailed to Commissioner of Patents and Trademarks. (ch, ) (Entered: 02/06/2006) |
| 02/03/2006 | 3 | CORPORATE DISCLOSURE STATEMENT filed by Rembrandt Technologies, LP (ch, ) (Entered: 02/06/2006) |
| 02/07/2006 |  | Filing fee: $ 250.00, receipt number 2-1-1135 (ehs, ) (Entered: 02/07/2006) |
| 02/22/2006 | 4 | MOTION for Extension of Time to File Answer re 1 Complaint *or Otherwise Respond (Unopposed)* by Sarp Electronics Corp.. (Attachments: # 1 Text of Proposed Order)(Henson, Walter) (Entered: 02/22/2006) |
| 03/02/2006 | 5 | ORDER granting 4 Motion for Extension of Time to Answer. Deadline extended to 3/29/06 for deft Sharp Electronics Corp . Signed by Judge T. John Ward on 3/2/06. (ehs, ) (Entered: 03/02/2006) |
| 03/02/2006 |  | Answer Due Deadline Updated for Sharp Corporation to 3/29/2006. (ehs, ) (Entered: 03/02/2006) |
| 03/06/2006 | 6 | NOTICE of Attorney Appearance by Robert Christopher Bunt on behalf of Rembrandt Technologies, LP (Bunt, Robert) (Entered: 03/06/2006) |
| 03/09/2006 | 7 | NOTICE of Attorney Appearance by Robert M Parker on behalf of Rembrandt Technologies, LP (Parker, Robert) (Entered: 03/09/2006) |
| 03/17/2006 | 9 | SUMMONS Returned Executed Process Server by Rembrandt Technologies, LP. Sarp Electronics Corp. served on 2/7/2006, answer |

| | | |
|---|---|---|
| | | due 2/27/2006. (ch, ) (Entered: 03/22/2006) |
| 03/22/2006 | 8 | MOTION for Extension of Time to File Answer re 1 Complaint *or Otherwise Respond (Unopposed)* by Sharp Corporation. (Attachments: # 1 Text of Proposed Order)(Henson, Walter) (Entered: 03/22/2006) |
| 03/29/2006 | 10 | ANSWER to Complaint with Jury Demand *Affirmative Defenses*, COUNTERCLAIM against Rembrandt Technologies, LP by Sarp Electronics Corp..(Henson, Walter) (Entered: 03/29/2006) |
| 03/29/2006 | 11 | CORPORATE DISCLOSURE STATEMENT filed by Sarp Electronics Corp. identifying Sharp Corporation as Corporate Parent. (Henson, Walter) (Entered: 03/29/2006) |
| 03/29/2006 | 12 | NOTICE of Attorney Appearance by Douglas A Cawley on behalf of Rembrandt Technologies, LP (Cawley, Douglas) (Entered: 03/29/2006) |
| 04/06/2006 | 13 | ORDER granting 8 Motion for Extension of Time to Answer re 1 Complaint up to and including 4/28/2006. . Signed by Judge T. John Ward on 4/6/2006. (sm, ) (Entered: 04/06/2006) |
| 04/06/2006 | | Answer Due Deadline Updated for Sharp Corporation to 4/28/2006. (sm, ) (Entered: 04/06/2006) |
| 04/11/2006 | 14 | *PLAINTIFF REMBRANDT TECHNOLOGIES'S* ANSWER to Counterclaim *OF SHARP ELECTRONICS CORP* by Rembrandt Technologies, LP.(Sochia, David) (Entered: 04/11/2006) |
| 04/11/2006 | 15 | APPLICATION to Appear Pro Hac Vice by Attorney Richard H Brown for Sharp Electronics Corp.. (ch, ) (Entered: 04/13/2006) |
| 04/11/2006 | | Pro Hac Vice Filing fee paid by Brown; Fee: $25, receipt number: 2-1-1359 (ch, ) (Entered: 04/13/2006) |
| 04/11/2006 | 16 | APPLICATION to Appear Pro Hac Vice by Attorney Gerald Levy for Sharp Electronics Corp.. (ch, ) (Entered: 04/13/2006) |
| 04/11/2006 | | Pro Hac Vice Filing fee paid by Levy; Fee: $25, receipt number: 2-1-1359 (ch, ) (Entered: 04/13/2006) |
| 04/11/2006 | 17 | APPLICATION to Appear Pro Hac Vice by Attorney Yukio Kashiba for Sharp Electronics Corp.. (ch, ) (Entered: 04/13/2006) |
| 04/11/2006 | | Pro Hac Vice Filing fee paid by Kashiba; Fee: $25, receipt number: 2-1-1359 (ch, ) (Entered: 04/13/2006) |
| 04/27/2006 | 18 | ANSWER to Complaint with Jury Demand *Affirmative Defenses*, COUNTERCLAIM against Rembrandt Technologies, LP by Sharp Corporation.(Henson, Walter) (Entered: 04/27/2006) |
| 05/05/2006 | 19 | *Reply and* ANSWER to Counterclaim *of Sharp Corporation* by Rembrandt Technologies, LP.(Sochia, David) (Entered: 05/05/2006) |
| 01/10/2007 | 20 | NOTICE of Hearing: Scheduling Conference set for 2/6/2007 at 1:30 PM in Ctrm 106 (Marshall) before Judge T. John Ward. (shd, ) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 01/10/2007) |
| 01/12/2007 | 21 | NOTICE of Hearing: Scheduling Conference RESET for 2/20/2007 at 10:30 AM in Ctrm 106 (Marshall) before Judge T. John Ward. (shd, ) (Entered: 01/12/2007) |
| 01/12/2007 | 22 | Notice of Scheduling Conference, Proposed Deadlines for Docket Control Order and Discovery Order Scheduling Conference set for 2/6/2007 1:30 PM in (Marshall) before Judge T. John Ward.. Signed by Judge T. John Ward on 1/12/07. (ch, ) (Entered: 01/12/2007) |
| 01/29/2007 | 23 | NOTICE by Sharp Corporation, Sharp Electronics Corp. *of Counsel's Change of Firm* (Henson, Walter) (Entered: 01/29/2007) |
| 02/01/2007 | 24 | NOTICE of Attorney Appearance by Charles Ainsworth on behalf of Rembrandt Technologies, LP (Ainsworth, Charles) (Entered: 02/01/2007) |
| 02/01/2007 | 25 | NOTICE of Hearing: Scheduling conference previously set for 2/06/07 has been CANCELLED. Scheduling Conference RESET for 2/20/2007 at 10:30 AM in Ctrm 106 (Marshall) before Judge T. John Ward. (shd, ) (Entered: 02/01/2007) |
| 02/16/2007 | 26 | NOTICE by Rembrandt Technologies, LP, Sharp Corporation, Sharp Electronics Corp. re 22 Order, Set Deadlines/Hearings *of Submission of Report of The Parties' Meet and Confer* (Attachments: # 1 Text of Proposed Order Report of the Parties' Meet and Confer)(Henson, Walter) (Entered: 02/16/2007) |
| 02/20/2007 | 27 | TRANSCRIPT of Scheduling Conference held on February 20, 2006 at 10:30 A.M. before Judge T John Ward. Court Reporter: Susan Simmons. 12 pages (ehs, ) (Entered: 02/20/2007) |
| 02/20/2007 |  | Scheduling conference held before Judge T. John Ward on 2/20/2007. (Court Reporter Susan Simmons.) (shd, ) (Entered: 03/09/2007) |
| 03/05/2007 | 28 | Joint MOTION to Amend/Correct 22 Order, Set Deadlines/Hearings by Rembrandt Technologies, LP. (Attachments: # 1 Text of Proposed Order)(Baxter, Samuel) (Entered: 03/05/2007) |
| 03/07/2007 | 29 | ORDER granting 28 Motion to Amend certain dates in docket control order. Signed by Judge T. John Ward on 3/7/07. (djh, ) (Entered: 03/07/2007) |
| 03/08/2007 | 30 | DOCKET CONTROL ORDER - Pltf's Amended Pleadings due by 8/22/2007. Deft's respond to amended pleadings. Discovery due by 4/4/2008. Privilege Logs due 6/11/07. Pltf's Expert Witness List due by 2/15/2008. Deft's expert witness list due 3/14/08. Pltf's trial witnesses due 3/14/08. Deft's trial witnesses due 4/4/08. Joinder of Parties due by 4/27/2007. Markman Hearing set for 11/20/2007 09:00 AM before Judge T. John Ward. Motions in limine due by 5/12/2008. Dispositive motions due 4/11/08. Response to Dispositive motions due 4/25/08. Submit technical tutorials due 11/2/07. Mediation to be completed by 4/18/08. Pretrial Order due by 5/16/2008. Final Pretrial Conference set for 5/22/2008 09:30 AM before Judge T. John Ward. Jury Selection set for |

| | | |
|---|---|---|
| | | 6/2/2008 09:00AM before Judge T. John Ward. Signed by Judge T. John Ward on 3/8/07. (ehs, ) (Entered: 03/08/2007) |
| 03/09/2007 | 31 | NOTICE by Coxcom, Inc., *of Filing Motion for Transfer and Consolidation of Rembrandt Technologies, LP Patent Litigation Pursuant to 28 U.S.C. 1407* (Attachments: # 1 MDL Motion for Transfer and Consolidation# 2 Exhibit Motion Exhibit A# 3 Exhibit Motion Exhibit B# 4 MDL Memorandum# 5 MDL Memo Exhibit List# 6 MDL Notice of Appearance# 7 MDL Corporate Disclosure Statement# 8 MDL Certificate of Service)(Stockwell, Mitchell) (Entered: 03/09/2007) |
| 03/09/2007 | 32 | NOTICE by Coxcom, Inc., re 31 Notice (Other), Notice (Other) *Exhibits to Memorandum in Support of Motion for Transfer and Consolidation* (Attachments: # 1 MDL Ex. 1# 2 MDL Ex. 2# 3 MDL Ex. 3# 4 MDL Ex. 4# 5 MDL Ex. 5# 6 MDL Ex. 6# 7 MDL Ex. 7# 8 MDL Ex. 8# 9 MDL Ex. 9# 10 MDL Ex. 10# 11 MDL Ex. 11# 12 MDL Ex. 12# 13 MDL Ex. 13# 14 MDL Ex. 14# 15 MDL Ex. 15# 16 MDL Ex. 16# 17 MDL Ex. 17# 18 MDL Ex. 18# 19 MDL Ex. 19# 20 MDL Ex. 20# 21 MDL Ex. 21# 22 MDL Ex. 22# 23 MDL Ex. 23# 24 MDL Ex. 24# 25 MDL Ex. 25# 26 MDL Ex. 26# 27 MDL Ex. 27# 28 MDL Ex. 28# 29 MDL Ex. 29# 30 MDL Ex. 30# 31 MDL Ex. 31# 32 MDL Ex. 31# 33 MDL Ex. 33# 34 MDL Ex. 34# 35 MDL Ex. 35# 36 MDL Ex. 36# 37 MDL Ex. 37# 38 MDL Ex. 38# 39 MDL Ex. 39# 40 MDL Ex. 40# 41 MDL Ex. 41# 42 MDL Ex. 42# 43 MDL Ex. 43)(Stockwell, Mitchell) (Entered: 03/09/2007) |
| 03/12/2007 | 33 | NOTICE of Attorney Appearance by Jason Dodd Cassady on behalf of Rembrandt Technologies, LP (Cassady, Jason) (Entered: 03/12/2007) |
| 03/15/2007 | 34 | APPLICATION to Appear Pro Hac Vice by Attorney Jonathan B Tropp for Sharp Corporation and Sharp Electronics Corp. FEE PAID). (ch, ) (Entered: 03/15/2007) |
| 04/05/2007 | 35 | NOTICE by Rembrandt Technologies, LP *NOTICE OF FILING OPPOSITION TO COXCOM'S MOTION FOR TRANSFER AND CONSOLIDATION OF REMBRANDT TECHNOLOGIES, LP PATENT* (Attachments: # 1 Reasons Why Oral Argument Should be Heard in Opposition to CoxCom's Motion for Transfer and Consolidation# 2 Response to CoxCom's Motion for Transfer and Consolidation# 3 Rembrandt's Brief in Opposition to CoxCom's Motion to Transfer and Consolidation# 4 Exhibit List# 5 Exhibit 1# 6 Exhibit 2# 7 Exhibit 3# 8 Exhibit 4# 9 Exhibit 5# 10 Exhibit 6# 11 Exhibit 7# 12 Exhibit 8# 13 Exhibit 9# 14 Exhibit 10# 15 Exhibit 11# 16 Exhibit 12# 17 Exhibit 13# 18 Proof of Service)(Baxter, Samuel) (Entered: 04/05/2007) |
| 04/20/2007 | 36 | NOTICE of Disclosure by Sharp Corporation, Sharp Electronics Corp. *(Initial)* (Henson, Walter) (Entered: 04/20/2007) |
| 05/03/2007 | 37 | NOTICE by Sharp Corporation, Sharp Electronics Corp. *of Patent Rules 3.3 and 3.4 Submissions* (Henson, Walter) (Entered: 05/03/2007) |
| 05/04/2007 | 38 | ORDER REFERRING CASE for Pre-trial to Magistrate Judge Charles Everingham pursuant to General Order 07-03. Signed by Judge T. John |

| | | |
|---|---|---|
| | | Ward on 5/4/07. (ehs, ) (Entered: 05/04/2007) |
| 06/11/2007 | 39 | Joint MOTION for Extension of Time to File *(Exchanging Privilege Logs)* by Rembrandt Technologies, LP, Sharp Corporation, Sharp Electronics Corp.. (Attachments: # 1 Text of Proposed Order)(Henson, Walter) (Entered: 06/11/2007) |
| 06/14/2007 | 40 | ORDER granting 39 Motion for Extension of Time to File Privilege Logs. Deadline extended to 7/16/07. Signed by Judge Charles Everingham on 6/14/07. (ehs, ) (Entered: 06/14/2007) |
| 06/25/2007 | 41 | Interdistrict transfer to the District of Delaware, Wilmington, DE. Puruant to letter Elizabeth Dinan has been notified. Certified copy of Docket Sheet, Complaint, Transfer Order and letter were mailed to Federal Blding, Lockbox 18, 844 N. King Street, Wilmington, DE(ch, ) Additional attachment(s) added on 6/28/2007 (ch, ). Modified on 6/28/2007 (ch, ). (Entered: 06/27/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/02/2007 11:33:26 | | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:06-cv-00047-TJW-CE |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |