CLOSED, DISCMAG, JURY, PATENT

# U.S. District Court [LIVE]
## Eastern District of TEXAS LIVE (Marshall)
## CIVIL DOCKET FOR CASE #: 2:06-cv-00047-TJW-CE

| | |
|---|---|
| Rembrandt Technologies, LP v. Sharp Corporation et al | Date Filed: 02/03/2006 |
| Assigned to: Judge T. John Ward | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Charles Everingham | Nature of Suit: 830 Patent |
| Cause: 35:271 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Rembrandt Technologies, LP**                represented by   **Samuel Franklin Baxter**
McKool Smith - Marshall
P O Box O
Marshall, TX 75671
US
903/927-2111
Fax: 903/927-2622
Email: sbaxter@mckoolsmith.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Charles Ainsworth**
Parker Bunt & Ainsworth
100 E Ferguson
Suite 1114
Tyler, TX 75702
US
903/531-3535
Fax: 903/533-9687
Email: charley@pbatyler.com
*ATTORNEY TO BE NOTICED*

**Douglas A Cawley**
McKool Smith - Dallas
300 Crescent Court
Suite 1500
Dallas, TX 75201
214/978-4972
Fax: 12149784044
Email: dcawley@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Jason Dodd Cassady**
McKool Smith - Dallas
300 Crescent Court
Suite 1200
Dallas, TX 75201

214-978-4000
Fax: 214-978-4044
Email: jcassady@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Robert Christopher Bunt**
Parker, Bunt & Ainsworth, P.C.
100 East Ferguson, Ste. 1114
Tyler, TX 75702
903/531-3535
Fax: 903/533-9687
Email: rcbunt@pbatyler.com
*ATTORNEY TO BE NOTICED*

**Robert M Parker**
Parker, Bunt & Ainsworth, P.C.
100 E Ferguson
Suite 1114
Tyler, TX 75702
903/531-3535
Fax: 9035339687
Email: rmparker@pbatyler.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sharp Corporation**                   represented by   **Jonathan B Tropp**
Day Pitney LLP
One Canterbury Green
Stamford, CT 06901
US
203/977-7337
Fax: 203/977-7301
Email: jbtropp@daypitney.com
*ATTORNEY TO BE NOTICED*

**Walter Thomas Henson**
Ramey & Flock
100 E Ferguson
Suite 500
Tyler, TX 75702-0629
903/597-3301
Fax: 9035972413
Email: thenson@rameyflock.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sharp Electronics Corp.**             represented by   **Gerald Levy**
Day Pitney LLP

200 Campus Drive
Florham Park, NJ 07932
US
212/297-5800
Fax: 12129162940
Email: glevy@pitneyhardin.com
*ATTORNEY TO BE NOTICED*

**Jonathan B Tropp**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Richard H Brown**
Day Pitney LLP
200 Campus Drive
Florham Park, NJ 07932
US
212/297-5800
Fax: 12129162940
Email: rbrown@pitneyhardin.com
*ATTORNEY TO BE NOTICED*

**Walter Thomas Henson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yukio Kashiba**
Day Pitney LLP
200 Campus Drive
Florham Park, NJ 07932
US
212/297-5800
Fax: 12129162940
Email: ykashiba@pitneyhardin.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Coxcom, Inc.,**

**Counter Claimant**

**Sharp Electronics Corp.**


V.

**Counter Defendant**

**Rembrandt Technologies, LP**                represented by **David Sochia**
                                                              McKool Smith
                                                              300 Crescent Court
                                                              Suite 1500

Dallas, TX 75201
214/978-4000
Email: dsochia@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Sharp Corporation**

V.

**Counter Defendant**

**Rembrandt Technologies, LP**

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2006 | 1 | ORIGINAL COMPLAINT WITH JURY TRIAL REQUEST against Sharp Corporation, Sarp Electronics Corp. (Filing fee $ 250.) , filed by Rembrandt Technologies, LP. (Attachments: # 1 Exhibit A# 2 Civil Cover Sheet)(ch, ) (Entered: 02/06/2006) |
| 02/03/2006 | | Summons Issued as to Sharp Corporation, Sarp Electronics Corp.. (ch, ) (Entered: 02/06/2006) |
| 02/03/2006 | 2 | Form mailed to Commissioner of Patents and Trademarks. (ch, ) (Entered: 02/06/2006) |
| 02/03/2006 | 3 | CORPORATE DISCLOSURE STATEMENT filed by Rembrandt Technologies, LP (ch, ) (Entered: 02/06/2006) |
| 02/07/2006 | | Filing fee: $ 250.00, receipt number 2-1-1135 (ehs, ) (Entered: 02/07/2006) |
| 02/22/2006 | 4 | MOTION for Extension of Time to File Answer re 1 Complaint *or Otherwise Respond (Unopposed)* by Sarp Electronics Corp.. (Attachments: # 1 Text of Proposed Order)(Henson, Walter) (Entered: 02/22/2006) |
| 03/02/2006 | 5 | ORDER granting 4 Motion for Extension of Time to Answer. Deadline extended to 3/29/06 for deft Sharp Electronics Corp . Signed by Judge T. John Ward on 3/2/06. (ehs, ) (Entered: 03/02/2006) |
| 03/02/2006 | | Answer Due Deadline Updated for Sharp Corporation to 3/29/2006. (ehs, ) (Entered: 03/02/2006) |
| 03/06/2006 | 6 | NOTICE of Attorney Appearance by Robert Christopher Bunt on behalf of Rembrandt Technologies, LP (Bunt, Robert) (Entered: 03/06/2006) |
| 03/09/2006 | 7 | NOTICE of Attorney Appearance by Robert M Parker on behalf of Rembrandt Technologies, LP (Parker, Robert) (Entered: 03/09/2006) |
| 03/17/2006 | 9 | SUMMONS Returned Executed Process Server by Rembrandt Technologies, LP. Sarp Electronics Corp. served on 2/7/2006, answer |

| | | |
|---|---|---|
| | | due 2/27/2006. (ch, ) (Entered: 03/22/2006) |
| 03/22/2006 | 8 | MOTION for Extension of Time to File Answer re 1 Complaint *or Otherwise Respond (Unopposed)* by Sharp Corporation. (Attachments: # 1 Text of Proposed Order)(Henson, Walter) (Entered: 03/22/2006) |
| 03/29/2006 | 10 | ANSWER to Complaint with Jury Demand *Affirmative Defenses*, COUNTERCLAIM against Rembrandt Technologies, LP by Sarp Electronics Corp..(Henson, Walter) (Entered: 03/29/2006) |
| 03/29/2006 | 11 | CORPORATE DISCLOSURE STATEMENT filed by Sarp Electronics Corp. identifying Sharp Corporation as Corporate Parent. (Henson, Walter) (Entered: 03/29/2006) |
| 03/29/2006 | 12 | NOTICE of Attorney Appearance by Douglas A Cawley on behalf of Rembrandt Technologies, LP (Cawley, Douglas) (Entered: 03/29/2006) |
| 04/06/2006 | 13 | ORDER granting 8 Motion for Extension of Time to Answer re 1 Complaint up to and including 4/28/2006. . Signed by Judge T. John Ward on 4/6/2006. (sm, ) (Entered: 04/06/2006) |
| 04/06/2006 | | Answer Due Deadline Updated for Sharp Corporation to 4/28/2006. (sm, ) (Entered: 04/06/2006) |
| 04/11/2006 | 14 | *PLAINTIFF REMBRANDT TECHNOLOGIES'S* ANSWER to Counterclaim *OF SHARP ELECTRONICS CORP* by Rembrandt Technologies, LP.(Sochia, David) (Entered: 04/11/2006) |
| 04/11/2006 | 15 | APPLICATION to Appear Pro Hac Vice by Attorney Richard H Brown for Sharp Electronics Corp.. (ch, ) (Entered: 04/13/2006) |
| 04/11/2006 | | Pro Hac Vice Filing fee paid by Brown; Fee: $25, receipt number: 2-1-1359 (ch, ) (Entered: 04/13/2006) |
| 04/11/2006 | 16 | APPLICATION to Appear Pro Hac Vice by Attorney Gerald Levy for Sharp Electronics Corp.. (ch, ) (Entered: 04/13/2006) |
| 04/11/2006 | | Pro Hac Vice Filing fee paid by Levy; Fee: $25, receipt number: 2-1-1359 (ch, ) (Entered: 04/13/2006) |
| 04/11/2006 | 17 | APPLICATION to Appear Pro Hac Vice by Attorney Yukio Kashiba for Sharp Electronics Corp.. (ch, ) (Entered: 04/13/2006) |
| 04/11/2006 | | Pro Hac Vice Filing fee paid by Kashiba; Fee: $25, receipt number: 2-1-1359 (ch, ) (Entered: 04/13/2006) |
| 04/27/2006 | 18 | ANSWER to Complaint with Jury Demand *Affirmative Defenses*, COUNTERCLAIM against Rembrandt Technologies, LP by Sharp Corporation.(Henson, Walter) (Entered: 04/27/2006) |
| 05/05/2006 | 19 | *Reply and* ANSWER to Counterclaim *of Sharp Corporation* by Rembrandt Technologies, LP.(Sochia, David) (Entered: 05/05/2006) |
| 01/10/2007 | 20 | NOTICE of Hearing: Scheduling Conference set for 2/6/2007 at 1:30 PM in Ctrm 106 (Marshall) before Judge T. John Ward. (shd, ) (Entered: |

| | | |
|---|---|---|
| | | 01/10/2007) |
| 01/12/2007 | 21 | NOTICE of Hearing: Scheduling Conference RESET for 2/20/2007 at 10:30 AM in Ctrm 106 (Marshall) before Judge T. John Ward. (shd, ) (Entered: 01/12/2007) |
| 01/12/2007 | 22 | Notice of Scheduling Conference, Proposed Deadlines for Docket Control Order and Discovery Order Scheduling Conference set for 2/6/2007 1:30 PM in (Marshall) before Judge T. John Ward.. Signed by Judge T. John Ward on 1/12/07. (ch, ) (Entered: 01/12/2007) |
| 01/29/2007 | 23 | NOTICE by Sharp Corporation, Sharp Electronics Corp. *of Counsel's Change of Firm* (Henson, Walter) (Entered: 01/29/2007) |
| 02/01/2007 | 24 | NOTICE of Attorney Appearance by Charles Ainsworth on behalf of Rembrandt Technologies, LP (Ainsworth, Charles) (Entered: 02/01/2007) |
| 02/01/2007 | 25 | NOTICE of Hearing: Scheduling conference previously set for 2/06/07 has been CANCELLED. Scheduling Conference RESET for 2/20/2007 at 10:30 AM in Ctrm 106 (Marshall) before Judge T. John Ward. (shd, ) (Entered: 02/01/2007) |
| 02/16/2007 | 26 | NOTICE by Rembrandt Technologies, LP, Sharp Corporation, Sharp Electronics Corp. re 22 Order, Set Deadlines/Hearings *of Submission of Report of The Parties' Meet and Confer* (Attachments: # 1 Text of Proposed Order Report of the Parties' Meet and Confer)(Henson, Walter) (Entered: 02/16/2007) |
| 02/20/2007 | 27 | TRANSCRIPT of Scheduling Conference held on February 20, 2006 at 10:30 A.M. before Judge T John Ward. Court Reporter: Susan Simmons. 12 pages (ehs, ) (Entered: 02/20/2007) |
| 02/20/2007 | | Scheduling conference held before Judge T. John Ward on 2/20/2007. (Court Reporter Susan Simmons.) (shd, ) (Entered: 03/09/2007) |
| 03/05/2007 | 28 | Joint MOTION to Amend/Correct 22 Order, Set Deadlines/Hearings by Rembrandt Technologies, LP. (Attachments: # 1 Text of Proposed Order) (Baxter, Samuel) (Entered: 03/05/2007) |
| 03/07/2007 | 29 | ORDER granting 28 Motion to Amend certain dates in docket control order. Signed by Judge T. John Ward on 3/7/07. (djh, ) (Entered: 03/07/2007) |
| 03/08/2007 | 30 | DOCKET CONTROL ORDER - Pltf's Amended Pleadings due by 8/22/2007. Deft's respond to amended pleadings. Discovery due by 4/4/2008. Privilege Logs due 6/11/07. Pltf's Expert Witness List due by 2/15/2008. Deft's expert witness list due 3/14/08. Pltf's trial witnesses due 3/14/08. Deft's trial witnesses due 4/4/08. Joinder of Parties due by 4/27/2007. Markman Hearing set for 11/20/2007 09:00 AM before Judge T. John Ward. Motions in limine due by 5/12/2008. Dispositive motions due 4/11/08. Response to Dispositive motions due 4/25/08. Submit technical tutorials due 11/2/07. Mediation to be completed by 4/18/08. Pretrial Order due by 5/16/2008. Final Pretrial Conference set for 5/22/2008 09:30 AM before Judge T. John Ward. Jury Selection set for |

| | | |
|---|---|---|
| | | 6/2/2008 09:00AM before Judge T. John Ward. Signed by Judge T. John Ward on 3/8/07. (ehs, ) (Entered: 03/08/2007) |
| 03/09/2007 | 31 | NOTICE by Coxcom, Inc., *of Filing Motion for Transfer and Consolidation of Rembrandt Technologies, LP Patent Litigation Pursuant to 28 U.S.C. 1407* (Attachments: # 1 MDL Motion for Transfer and Consolidation# 2 Exhibit Motion Exhibit A# 3 Exhibit Motion Exhibit B# 4 MDL Memorandum# 5 MDL Memo Exhibit List# 6 MDL Notice of Appearance# 7 MDL Corporate Disclosure Statement# 8 MDL Certificate of Service)(Stockwell, Mitchell) (Entered: 03/09/2007) |
| 03/09/2007 | 32 | NOTICE by Coxcom, Inc., re 31 Notice (Other), Notice (Other) *Exhibits to Memorandum in Support of Motion for Transfer and Consolidation* (Attachments: # 1 MDL Ex. 1# 2 MDL Ex. 2# 3 MDL Ex. 3# 4 MDL Ex. 4# 5 MDL Ex. 5# 6 MDL Ex. 6# 7 MDL Ex. 7# 8 MDL Ex. 8# 9 MDL Ex. 9# 10 MDL Ex. 10# 11 MDL Ex. 11# 12 MDL Ex. 12# 13 MDL Ex. 13# 14 MDL Ex. 14# 15 MDL Ex. 15# 16 MDL Ex. 16# 17 MDL Ex. 17# 18 MDL Ex. 18# 19 MDL Ex. 19# 20 MDL Ex. 20# 21 MDL Ex. 21# 22 MDL Ex. 22# 23 MDL Ex. 23# 24 MDL Ex. 24# 25 MDL Ex. 25# 26 MDL Ex. 26# 27 MDL Ex. 27# 28 MDL Ex. 28# 29 MDL Ex. 29# 30 MDL Ex. 30# 31 MDL Ex. 31# 32 MDL Ex. 31# 33 MDL Ex. 33# 34 MDL Ex. 34# 35 MDL Ex. 35# 36 MDL Ex. 36# 37 MDL Ex. 37# 38 MDL Ex. 38# 39 MDL Ex. 39# 40 MDL Ex. 40# 41 MDL Ex. 41# 42 MDL Ex. 42# 43 MDL Ex. 43)(Stockwell, Mitchell) (Entered: 03/09/2007) |
| 03/12/2007 | 33 | NOTICE of Attorney Appearance by Jason Dodd Cassady on behalf of Rembrandt Technologies, LP (Cassady, Jason) (Entered: 03/12/2007) |
| 03/15/2007 | 34 | APPLICATION to Appear Pro Hac Vice by Attorney Jonathan B Tropp for Sharp Corporation and Sharp Electronics Corp. FEE PAID). (ch, ) (Entered: 03/15/2007) |
| 04/05/2007 | 35 | NOTICE by Rembrandt Technologies, LP *NOTICE OF FILING OPPOSITION TO COXCOM'S MOTION FOR TRANSFER AND CONSOLIDATION OF REMBRANDT TECHNOLOGIES, LP PATENT* (Attachments: # 1 Reasons Why Oral Argument Should be Heard in Opposition to CoxCom's Motion for Transfer and Consolidation# 2 Response to CoxCom's Motion for Transfer and Consolidation# 3 Rembrandt's Brief in Opposition to CoxCom's Motion to Transfer and Consolidation# 4 Exhibit List# 5 Exhibit 1# 6 Exhibit 2# 7 Exhibit 3# 8 Exhibit 4# 9 Exhibit 5# 10 Exhibit 6# 11 Exhibit 7# 12 Exhibit 8# 13 Exhibit 9# 14 Exhibit 10# 15 Exhibit 11# 16 Exhibit 12# 17 Exhibit 13# 18 Proof of Service)(Baxter, Samuel) (Entered: 04/05/2007) |
| 04/20/2007 | 36 | NOTICE of Disclosure by Sharp Corporation, Sharp Electronics Corp. *(Initial)* (Henson, Walter) (Entered: 04/20/2007) |
| 05/03/2007 | 37 | NOTICE by Sharp Corporation, Sharp Electronics Corp. *of Patent Rules 3.3 and 3.4 Submissions* (Henson, Walter) (Entered: 05/03/2007) |
| 05/04/2007 | 38 | ORDER REFERRING CASE for Pre-trial to Magistrate Judge Charles Everingham pursuant to General Order 07-03. Signed by Judge T. John |

| | | |
|---|---|---|
| | | Ward on 5/4/07. (ehs, ) (Entered: 05/04/2007) |
| 06/11/2007 | 39 | Joint MOTION for Extension of Time to File *(Exchanging Privilege Logs)* by Rembrandt Technologies, LP, Sharp Corporation, Sharp Electronics Corp.. (Attachments: # 1 Text of Proposed Order)(Henson, Walter) (Entered: 06/11/2007) |
| 06/14/2007 | 40 | ORDER granting 39 Motion for Extension of Time to File Privilege Logs. Deadline extended to 7/16/07. Signed by Judge Charles Everingham on 6/14/07. (ehs, ) (Entered: 06/14/2007) |
| 06/25/2007 | 41 | Interdistrict transfer to the District of Delaware, Wilmington, DE. Puruant to letter Elizabeth Dinan has been notified. Certified copy of Docket Sheet, Complaint, Transfer Order and letter were mailed to Federal Blding, Lockbox 18, 844 N. King Street, Wilmington, DE(ch, ) Additional attachment(s) added on 6/28/2007 (ch, ). Modified on 6/28/2007 (ch, ). (Entered: 06/27/2007) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 07/02/2007 11:33:26 | | |
| **PACER Login:** | ud0037 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:06-cv-00047-TJW-CE |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:06cv00047 |
| VS. | § | JUDGE T. JOHN WARD |
| | § | |
| SHARP CORPORATION and SHARP | § | JURY TRIAL REQUESTED |
| ELECTRONICS CORPRATION, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS SHARP CORPORATION AND
SHARP ELECTRONICS CORPORATION'S
NOTICE OF INITIAL DISCLOSURES**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Sharp Corporation and Sharp Electronics Corporation

and submit to the Court that they served their Initial Disclosures in this case to all parties

by and through their counsel of record on the 19th day of April, 2007.

Respectfully submitted,

_Tom Henson_

Tom Henson
State Bar Card No. 09494000
RAMEY & FLOCK, P.C.
100 East Ferguson
Suite 500
Tyler, Texas 75702
(903) 597-3301
(903) 597-2413 (FAX)
thenson@rameyflock.com

Gerald Levy
Richard H. Brown
Yukio Kashiba
DAY PITNEY LLP
7 Times Square
New York, NY 10036-7311
(212) 297-5800
(212) 916-2940 (FAX)

Attorneys for Defendants
SHARP CORPORATION and
SHARP ELECTRONICS CORP.

DATED:  April 20, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail on this the 20th day of April, 2007.

Tom Henson

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 2:06cv00047 |
| VS. | § | JUDGE T. JOHN WARD |
| | § | |
| SHARP CORPORATION and SHARP | § | JURY TRIAL REQUESTED |
| ELECTRONICS CORPRATION, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS SHARP CORPORATION AND
SHARP ELECTRONICS CORPORATION'S
NOTICE OF PATENT RULES 3.3 AND 3.4 SUBMISSIONS**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants Sharp Corporation and Sharp Electronics Corporation and submit to the Court that they served their contentions and documents pursuant to Patent Rules 3.3 and 3.4 to all parties by and through their counsel of record on the 2nd day of May, 2007.

Respectfully submitted,

Tom Henson
State Bar Card No. 09494000
RAMEY & FLOCK, P.C.
100 East Ferguson
Suite 500
Tyler, Texas 75702
(903) 597-3301
(903) 597-2413 (FAX)
thenson@rameyflock.com

Gerald Levy
Richard H. Brown
Yukio Kashiba
Jonathan B. Tropp
DAY PITNEY LLP
7 Times Square
New York, NY 10036-7311
(212) 297-5800
(212) 916-2940 (FAX)

Attorneys for Defendants
SHARP CORPORATION and
SHARP ELECTRONICS CORPORATION

DATED:  May 3, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this notice was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. mail on this the 3rd day of May, 2007.

Tom Henson

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

2007 MAY -4  PM 12: 22

TX EASTERN-MARSHALL

BY_____

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, L.P. | § | |
| | § | |
| V. | § | NO. 2:06cv47(TJW) |
| | § | |
| SHARP CORPROATION, ET AL | § | |

## ORDER

This case is referred to United States Magistrate Judge Chad Everingham in accordance with the assignments made by General Order 07-03.  The magistrate judge shall conduct pre-trial proceedings pursuant to 28 U.S.C. § 636.

The referral magistrate judge is designated to hear and determine all pre-trial matters and motions in connection with such suits except those motions excepted in 28 U.S.C. § 636(b)(1)(A). The magistrate judge is designated to conduct hearings, including evidentiary hearings, and to submit to the presiding judge findings of fact and recommendations for the disposition of all matters excepted under 28 U.S.C. § 636 (b)(1)(A).

SIGNED this 4th day of May, 2007.

T JOHN WARD
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:06CV-47 |
| | § | JUDGE T. JOHN WARD |
| SHARP CORPORATION and | § | |
| SHARP ELECTRONICS CORP. | § | |

## JOINT MOTION TO EXTEND DEADLINE
## FOR EXCHANGING PRIVILEGE LOGS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Rembrandt Technologies, LP, Plaintiff, and Sharp Corporation and Sharp Electronics Corporation, Defendants, by and through their undersigned counsel, and move the Court to extend the deadline under the current Docket Control Order by which they must exchange privilege logs to and including July 16, 2007. This extension has become necessary because of the large volume of materials needing to be reviewed prior to the preparation of privilege logs and should not require the alteration of the trial date or related significant deadlines.

Respectfully submitted,

McKOOL SMITH, P.C.


By: /s/ Jason Cassady
Samuel F. Baxter
Lead Attorney
State Bar No. 01938000
sbaxter@mckoolsmith.com
Douglas A. Cawley
State Bar No. 04035500
300 Crescent Court, Suite 1500
Dallas, Texas 75201
dcawley@mckoolsmith.com

Telephone: (214) 978-4000
Telecopier: (214) 978-4044
Jeffrey A. Carter
Texas State Bar No. 03919400
jcarter@mckoolsmith.com
David Sochia
State Bar No. 00797470
dsochia@mckoolsmith.com
Bradley W. Caldwell
State Bar No. 24040630
bcaldwell@mckoolsmith.com
Jason Cassady
Texas State Bar No. 24045625
jcassady@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4006
Telecopier: (214) 978-4044

Robert M. Parker
Tex. State Bar No. 15498000
Robert Christopher Bunt
Tex. State Bar No. 00787165
**PARKER & BUNT**
100 E. Ferguson, Ste. 114
Tyler, Texas 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687

**ATTORNEYS FOR PLAINTIFF
REMBRANDT TECHNOLOGIES, LP**

TOM HENSON
State Bar Card No. 09494000
**RAMEY & FLOCK, P.C.**
100 East Ferguson
Suite 500
Tyler, Texas 75702
(903) 597-3301
(903) 597-2413 (FAX)
thenson@rameyflock.com

Gerald Levy
Richard H. Brown
Yukio Kashiba
Jonathan B. Tropp
**DAY PITNEY LLP**
7 Times Square
New York, NY 10036-7311
(212) 297-5800
(212) 916-2940 (FAX)

ATTORNEYS FOR DEFENDANTS,
SHARP CORPORATION AND
SHARP ELECTRONICS CORPORATION

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:06CV-47 |
| | § | JUDGE T. JOHN WARD |
| SHARP CORPORATION and | § | |
| SHARP ELECTRONICS CORP. | § | |

## ORDER GRANTING MOTION TO EXTEND DEADLINE

On this date came on to be considered the Joint Motion to Extend Deadline for
Exchanging Privilege Logs, and the Court being of the opinion that such motion has
merit and should be granted, it is, therefore,

ORDERED that the deadline currently existing under the Docket Control Order
for the parties to exchange privilege logs should be, and is hereby, extended to and
including July 16, 2007.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| REMBRANDT TECHNOLOGIES, LP | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:06CV-47 |
| | § | JUDGE T. JOHN WARD |
| SHARP CORPORATION and | § | |
| SHARP ELECTRONICS CORP. | § | |

## ORDER GRANTING MOTION TO EXTEND DEADLINE

On this date came on to be considered the Joint Motion to Extend Deadline for Exchanging Privilege Logs, and the Court being of the opinion that such motion has merit and should be granted, it is, therefore,

ORDERED that the deadline currently existing under the Docket Control Order for the parties to exchange privilege logs should be, and is hereby, extended to and including July 16, 2007.

SIGNED this 14th day of June, 2007.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE

A CERTIFIED TRUE COPY

JUN 2 0 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUN 2 5 2007
DAVID J. MALAND, CLERK
BY _____

JUN 1 8 2007

FILED
CLERK'S OFFICE

RELEASED FOR PUBLICATION

DOCKET NO. 1848    06-4707-md-1848

# BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

# IN RE REMBRANDT TECHNOLOGIES, LP, PATENT LITIGATION

### BEFORE WM. TERRELL HODGES, CHAIRMAN, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, JR.,* KATHRYN H. VRATIL DAVID R. HANSEN AND ANTHONY J. SCIRICA, JUDGES OF THE PANEL

## TRANSFER ORDER

This litigation presently consists of the fifteen actions listed on Schedule A and pending in three districts as follows: seven actions in the Eastern District of Texas, six actions in the District of Delaware, and two actions in the Southern District of New York. Before the Panel is a motion, brought by CoxCom, Inc., pursuant to 28 U.S.C. § 1407, seeking centralization of all actions in the District of Delaware. The owner of the patents, Rembrandt Technologies, LP (Rembrandt), opposes centralization but, alternatively, suggests transfer to the Eastern District of Texas, if the Panel deems centralization appropriate. All other responding defendants expressing a position regarding centralization[1] support centralization in the District of Delaware. Two groups of defendants propose alternative transferee for a the Southern District of New York[2] or the Eastern District of Pennsylvania,[3] should the Panel decide against centralization in the District of Delaware.

On the basis of the papers filed and hearing session held, the Panel finds that the actions in this litigation involve common questions of fact, and that centralization in the District of Delaware will

---

* Judge Miller took no part in the decision of this matter.

[1] The following debtor defendants expressed no opinion regarding whether the actions should be centralized: Adelphia Communications Corp.; Century-TCI California, LP; Century-TCI California Communications, LP; Century-TCI Distribution Co., LLC; Century-TCI Holdings, LLC; Parnassos, LP; Parnassos Communications, LP; Parnassos Distribution Co. I, LLC; Parnassos Distribution Co II, LLC; Parnassos Holdings, LLC; and Western NY Cablevision, LP (collectively the Adelphia defendants).

Nevertheless, if the Panel decides that centralization is appropriate, the Adelphia defendants support transfer to the District of Delaware as their primary preference, as do the following defendants: Cablevision Systems Corp. and CSC Holdings, Inc. (collectively Cablevision); Charter Communications, Inc., and Charter Communications Operating, LLC; Comcast Corp., Comcast Communications, LLP, and Comcast of Plano, LP; Sharp Corp. and Sharp Electronics Corp.; and ABC, Inc., CBS Corp., NBC Universal, Inc., Fox Broadcasting Co., and Fox Entertainment Group, Inc.

[2] Alternatively supporting transfer to the Southern District of New York are the Adelphia defendants and Cablevision.

[3] Cablevision alternatively supports transfer to the Eastern District of Pennsylvania.

FILED
JUN 2 1 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE


41

- 2 -

serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. The nine patents involved in these actions relate to the provision of high-speed internet and related services using certain cable modems and equipment and the receipt and transmission of certain digital broadcast signals. Each of the fifteen MDL-1848 actions involves allegations of infringement and/or invalidity of one or more of the patents; specifically, each action involves allegations that compliance with one of two technical standards relating to cable high-speed internet technology and digital broadcasting – respectively, the Data-Over-Cable Service Interface Specifications and the Advanced Television Systems Committee Digital Television Standard – infringes certain Rembrandt patents. All actions can thus be expected to share factual questions concerning such matters as the technology underlying the patents, prior art, claim construction and/or issues of infringement involving the patents. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

In opposing centralization, Rembrandt variously argues that inconsistent rulings are unlikely to arise in the actions, unique questions of fact relating to each patent will predominate over common factual questions among these actions, and that cooperation among the parties is a preferable alternative to centralization. We are not persuaded by these arguments. Transfer under Section 1407 does not require a complete identity or even a majority of common factual or legal issues as a prerequisite to transfer. Centralization will permit all actions to proceed before a single transferee judge who can structure pretrial proceedings in a streamlined manner to consider all parties' legitimate discovery needs, while ensuring that common parties and witnesses are not subjected to duplicative discovery demands. The transferee court will be able to formulate a pretrial program that allows any unique discovery in these actions to proceed concurrently on separate tracks with discovery on common issues, *In re Joseph F. Smith Patent Litigation*, 407 F.Supp. 1403, 1404 (J.P.M.L. 1976). The Panel is aware that proceedings in the first-filed MDL-1848 action (*Comacast I*) are somewhat further advanced than those in the other actions. It may well be that *Comcast I*, or other MDL-1848 actions, may be ready for trial in advance of the remaining MDL-1848 actions. If such is the case, nothing in the nature of Section 1407 centralization will impede the transferee court, whenever it deems appropriate, from recommending Section 1407 remand. *See* Rule 7.6, R.P.J.P.M.L., 199 F.R.D. 425, 436-38 (2001); *In re Acacia Media Technologies Corp. Patent Litigation*, 360 F.Supp.2d 1337 (J.P.M.L. 2005).

We are persuaded that this litigation should be centralized in the District of Delaware. By centralizing this litigation before Judge Gregory M. Sleet, who presides over all Delaware actions, we are assigning this litigation to a seasoned jurist in a readily accessible district with the capacity to handle this litigation.

- 3 -

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the District of Delaware are transferred to the District of Delaware and, with the consent of that court, assigned to the Honorable Gregory M. Sleet for coordinated or consolidated pretrial proceedings.

FOR THE PANEL:

_____
Wm. Terrell Hodges
Chairman

# SCHEDULE A

## MDL-1848 -- In re Rembrandt Technologies, LP, Patent Litigation

### District of Delaware

*Rembrandt Technologies, LP v. Cablevision Systems Corp., et al.,* C.A. No. 1:06-635
*Coxcom, Inc. v. Rembrandt Technologies, LP,* C.A. No. 1:06-721
*Rembrandt Technologies, LP v. CBS Corp.,* C.A. No. 1:06-727
*Rembrandt Technologies, LP v. NBC Universal, Inc.,* C.A. No. 1:06-729
*Rembrandt Technologies, LP v. ABC, Inc.,* C.A. No. 1:06-730
*Rembrandt Technologies, LP v. Fox Entertainment Group, Inc., et al.,* C.A. No. 1:06-731

### Southern District of New York

*Rembrandt Technologies, LP v. Adelphia Communications Corp., et al.,*
   Bky. Advy. No. 1:06-1739
*Rembrandt Technologies, LP v. Adelphia Communications Corp.,* C.A. No. 1:07-214

### Eastern District of Texas

*Rembrandt Technologies, LP v. Comcast Corp., et al.,* C.A. No. 2:05-443
*Rembrandt Technologies, LP v. Sharp Corp., et al.,* C.A. No. 2:06-47
*Rembrandt Technologies, LP v. Charter Communications, Inc., et al.,* C.A. No. 2:06-223
*Rembrandt Technologies, LP v. Time Warner Cable, Inc.,* C.A. No. 2:06-224
*Rembrandt Technologies, LP v. Time Warner Cable, Inc.,* C.A. No. 2:06-369
*Rembrandt Technologies, LP v. Comcast Corp., et al.,* C.A. No. 2:06-506
*Rembrandt Technologies, LP v. Charter Communications, Inc., et al.,* C.A. No. 2:06-507

CERTIFIED: 6/21/07
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY Beth Duncan
Deputy Clerk

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

June 21, 2007

David Maland
Clerk, U.S. District Court
United States District Court
211 West Ferguson Street
Room 106
Tyler, TX 75702

RE:    **In Re Rembrandt Technologies LP Patent Litigation- MDL 1848**
CA 07-399 GMS (D/DE)
CA 2:06-47 (ED/TX)

Dear Mr. Maland:

In accordance with 28 U.S.C. §1407, enclosed is a certified copy of the *Order of Transfer*
issued by the Judicial Panel on Multidistrict Litigation which references the above-captioned case
in your District. Kindly forward the complete original file, together with a certified copy of the
docket sheet, to the District of Delaware at the following address:

Clerk, U.S. District Court
Federal Building, Lockbox 18
844 N. King Street
Wilmington, DE 19801

If your case file is maintained in electronic format in CM/ECF, please contact Elizabeth
Dinan at 302-573-4539.

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

JUN 2 5 2007

DAVID J. MALAND, CLERK

Sincerely,

Peter T. Dalleo, Clerk

By: _Elizabeth Dinan_
Elizabeth Dinan
Deputy Clerk

Enc.
cc:    Jeffrey N. Luthi, Clerk of the Panel