

**DAY PITNEY LLP**

BOSTON   CONNECTICUT   NEW JERSEY   NEW YORK   WASHINGTON, D.C.

RICHARD H. BROWN
Attorney At Law
7 Times Square
New York, NY 10036
T: (212) 297-5854   F: (212) 916 2940
rbrown@daypitney.com

April 11, 2008

<u>Via Hand Delivery</u>

Peter T. Dalleo, Clerk
United States District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

  Re: In re: *Rembrandt Technologies LP Patent Litigation* (Dkt No. 07-md-1848)
    This filing applies only to *Rembrandt Technologies v. Sharp Corporation et al.*, (Docket No. 07-cv-399) (GMS)

Dear Mr. Dalleo:

  We represent defendants Sharp Corporation and Sharp Electronics Corp. in Civil Action No. 07-cv-399, which is part of *In re: Rembrandt Technologies LP Patent Litigation* (MDL Docket No. 07-md-1848). I enclose for filing in the 07-399 matter a Stipulated Motion For Leave to Amend Sharp's Answer, Affirmative Defenses and Counterclaims Pursuant to Fed. R. Civ. P. 13(f), along with attached Exhibits A and B (proposed amended pleadings on behalf of the Sharp Corp. and Sharp Electronics Corp., respectively). Please have this stipulation filed today.

                 Very truly yours,

                  RICHARD H. BROWN

RHB/s
cc: Collins J. Seitz, Jr. (via electronic mail)